UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kristin Denalfo

Plaintiff

v.

Rockhill Management Company,

LLC et al
Defendant

Civil Action No. 25-cv-12907-MJJ

**ORDER FOR REMAND**

Joun, D.J.

In accordance with this Court's Order dated December 9, 2025, it is hereby ordered that this case be REMANDED to the Suffolk County Superior Trial Court.

BY THE COURT,

/s/ Sophie Phillips

Deputy Clerk

DATED: December 9, 2025